# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| VINCENT TORRE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF MAINE )<br>DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, et al., )<br>)<br>Defendants. ) | Docket No. 2:25-cv-00342-NT |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 10, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 11) on the Plaintiff's Emergency Motion for Temporary Restraining Order (ECF No. 10). The Plaintiff filed an objection to the Recommended Decision on July 21, 2025 (ECF No. 13). I have reviewed and considered the Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary on the Plaintiff's motion.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED** and that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's motion for a temporary restraining order is **DENIED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 24th day of July, 2025.